FILED

FEB 1 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT BROWN,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          Civil Action No. 10-2225
                                 )
ERIC HOLDER, *et al.*,           )
                                 )
          Defendants.            )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the

Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*,

plaintiff was directed to submit a certified copy of his trust fund account statement (or

institutional equivalent), including the supporting ledger sheets, for the six-month period

immediately preceding the filing of this complaint, obtained from the appropriate official of each

prison at which plaintiff is or was confined. 28 U.S.C. § 1915. To date, plaintiff has not

submitted the required information. Accordingly, the Court will deny his application to proceed

*in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: *Feb. 10, 2011*                    _____
                                         United States District Judge